**Order entered October 14, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00917-CR

**MAXIMO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-33935-Y**

## ORDER

In his brief, appellant raises an issue related to the costs assessed against him. The record, however, does not contain a cost bill or other document with an itemized list of costs assessed in this case.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's record include a

document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/  LANA MYERS
   JUSTICE